

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2019

No. 04-18-00450-CV

Velma **SAN MIGUEL** and Alexis Rendon,
Appellants

v.

**PLAINSCAPITAL BANK,** Trustee of The Guerra Mineral Trust,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-19
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Lisa A. Rodriguez, Justice

On March 7, 2019, Filiberto Guerra III filed a "Notice of July 26, 2016 Court of Record Default Judgment." Although Guerra was a defendant in the underlying case, he did not file a notice of appeal. Guerra is neither an appellant nor an appellee in this appeal.

On April 17, 2019, Appellee PlainsCapital Bank filed a motion to dismiss Guerra's March 7, 2019 filing. PlainsCapital Bank's motion is GRANTED.

We STRIKE Filiberto Guerra III's March 7, 2019 filing.

We caution Filiberto Guerra III that all pleadings and motions must comply with the applicable laws and rules. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 10.001 ("Signing of Pleadings and Motions"); TEX. R. CIV. P. 13 ("Effect of Signing Pleadings, Motions and Other Papers; Sanctions"). Further, this court may order sanctions for violations of the rules. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 10.004; TEX. R. CIV. P. 13; *Pressley v. Casar*, 567 S.W.3d 327, 332–33 (Tex. 2019) ("Chapter 10 of the Civil Practice and Remedies Code permits sanctions for pleadings that are filed for an improper purpose or that lack legal or factual support.").

It is so **ORDERED** on this 23rd day of April, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court